# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2006-SD3 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-SD3,<br>**Plaintiff**<br>V.<br>BRENDA A. KING; STANLEY KING; UM CAPITAL, LLC; MIDLAND CREDIT MANAGEMENT, INC,<br>**Defendants** | **Case No:** 1:12-CV-00296<br><br>**Judge:** Edmond E. Chang |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE NUNC PRO TUNC

NOW COMES the Plaintiff, **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT, DATED AS OF JANUARY 1, 2004, 2004-CB1 TRUST, C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-CB1**, by and through its attorney, Kimberly J. Goodell, and moves this Honorable Court for Entry of Judgment of Foreclosure Nunc Pro Tunc to April 16, 2013. In support thereof, Plaintiff states as follows:

1. On January 13, 2012, Plaintiff filed its Complaint to Foreclose Mortgage.

2. On August 3, 2012 Plaintiff filed its Motion for Summary Judgment requesting the Court enter a judgment of foreclosure in favor of Plaintiff.

3. On April 16, 2013 the Court granted summary judgment in favor of the Plaintiff.

4. For reasons unknown to new counsel, a Judgment of Foreclosure was never entered in this matter.

5. Therefore, Plaintiff seeks a judgment of foreclosure nunc pro tunc April 16, 2013 so that Plaintiff may proceed with the sale of this foreclosed property.

WHEREFORE, Plaintiff respectfully requests that a Judgment of Foreclosure be entered in this case, with a nunc pro tunc date of April 16, 2013, so that the Plaintiff can move forward with the sale of this foreclosed property.

Respectfully submitted,

*/s/ Kimberly J. Goodell*

Kimberly J. Goodell ARDC#6305436
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
kgoodell@potestivolaw.com
(312)263-0003